**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

American Rent-A-Car,

                        Plaintiff,        Case No. 23-13158

v.                               Judith E. Levy
                               United States District Judge

Elizabeth Farris,

                               Mag. Judge Kimberly G. Altman

                      Defendant.

_____/

**ORDER REQUIRING PLAINTIFF TO FILE**
**AN AMENDED DISCLOSURE STATEMENT**

On January 3, 2024, the Court issued an order requiring Plaintiff

American Rent-A-Car to file the required disclosure statements under

Federal Rule of Civil Procedure 7.1(a)(1) and (2). (ECF No. 8.) In its

disclosure statement regarding Rule 7.1(a)(2), Plaintiff states: "American

Rent-A-Car is a limited liability company organized and existing under

the laws of the state of Michigan with its principal place of business

located in Macomb County, Michigan." (ECF No. 10, PageID.51.)

Plaintiff's disclosure statement does not comply with Rule 7.1(a)(2).

That rule provides:

In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party or intervenor:

> (A) when the action is filed in or removed to federal court, and

> (B) when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Fed. R. Civ. P. 7.1(a)(2). "Unlike a corporation, [a limited liability company's] state of organization does not establish its citizenship." *Akno 1010 Mkt. St. St. Louis Mo. LLC v. Pourtaghi*, 43 F.4th 624, 626 (6th Cir. 2022). "When diversity jurisdiction is invoked in a case in which a limited liability company is a party, the court needs to know the citizenship of each member of the company." *Delay v. Rosenthal Collins Grp., Inc.*, 585 F.3d 1003, 1005 (6th Cir. 2009). This includes the citizenship of any sub-members of the limited liability company as well. *Id.* As such, Plaintiff's statement that it is a Michigan limited liability company with a principal place of business in Michigan (*see* ECF No. 10, PageID.51) is insufficient to establish Plaintiff's citizenship for purposes of diversity jurisdiction or Rule 7.1(a)(2).

Accordingly, Plaintiff must file an amended disclosure statement pursuant to Rule 7.1(a)(2) by **Wednesday, February 14, 2024**. The amended disclosure statement "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to" Plaintiff. Fed. R. Civ. P. 7.1(a)(2).

IT IS SO ORDERED.

Dated: February 7, 2024    s/Judith E. Levy
   Ann Arbor, Michigan  JUDITH E. LEVY
            United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 7, 2024.

        s/William Barkholz
        WILLIAM BARKHOLZ
        Case Manager